AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| NOCOMIE TOMIA MOORE )<br>*Plaintiff* )<br>v. )<br>NAPHCARE, INC., an Alabama Corporation, DENAE PAUL, an individual, TSUBASA BRUCE, an individual, SPOKANE COUNTY, A Political Subdivision of the State of Washington, JACOB PIETZ, an individual, TERENCE TOROSIAN, an individual, KIMBERLY SIPES nka KIMBERLY WEEKS, an individual, SHERYL LOMONACO, an individual, MARILYN VANTASSEL, an individual, AMANDA ELLIS, an individual. )<br>*Defendant* | Civil Action No. 2:22-CV-0256-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Joint Daubert Motion (ECF No. 122) is GRANTED. Defendants' Motion for Summary Judgment (ECF No. 123) is GRANTED.
Judgment in favor of Defendants Naph Care Inc., Denae Paul, and Tsubasa Bruce.
Partial Judgment in favor of Defendant Spokane County.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

Date: 5/8/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham