FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NOCOMIE TOMIA MOORE,<br><br>           Plaintiff,<br><br>vs.<br><br>SPOKANE COUNTY, A Political Subdivision of the State of Washington, JACOB PIETZ, an individual, TERENCE TOROSIAN, an individual, KIMBERLY SIPES nka KIMBERLY WEEKS, an individual, SHERYL LOMONACO, an individual, MARILYN VANTASSEL, an individual, AMANDA ELLIS, an individual,<br><br>           Defendant. | NO: 2:22-CV-0256-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 137). The parties agree that Plaintiff's claims against Spokane County, Jacob Pietz, Terence Torosian, Kimberly Sipes nka Kimberly Weeks, Sheryl Lomonaco, Marilyn Vantassel, and Amanda Ellis ("Spokane County Defendants"), that all of Plaintiff's claims against Spokane County Defendants may be dismissed with

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

prejudice and without costs, and each party bearing their own attorneys' fees and costs.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs, and each party bearing their own attorneys' fees and costs.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED June 13, 2025.

*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2