AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 13, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| NOCOMIE TOMIA MOORE<br>*Plaintiff*<br>v.<br>SPOKANE COUNTY, A Political Subdivision of the State of Washington, JACOB PIETZ, an individual, TERENCE TOROSIAN, an individual, KIMBERLY SIPES nka KIMBERLY WEEKS, an individual, SHERYL LOMONACO, an individual, MARILYN VANTASSEL, an individual, AMANDA ELLIS, an individual,<br>*Defendants* | Civil Action No. 2:22-CV-0256-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and without costs, and each party bearing their own attorneys' fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

Date: 6/13/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*
Wendy Kirkham